**FILED**

**AUG 2 0 2020**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 20-30131-SMY |
| ) | |
| BRADEN LEBERT, ) | Title 18 |
| ) | United States Code, |
| Defendant. ) | Section 922(g)(1) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

### FELON IN POSSESSION OF AMMUNITION

Beginning on August 5 and continuing through August 11, 2020 in St. Clair County, Illinois within the Southern District of Illinois, the defendant,

**BRADEN LEBERT,**

did, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Robbery in Clinton County Circuit Court in case number 18CF176; possess ammunition, said ammunition having been manufactured in Nebraska and shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the above offenses in violation of Title 18, United States Code, Section 922(g), the defendant,

**BRADEN LEBERT,**

shall forfeit to the United States all ammunition pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
JENNIFER HUDSON
Assistant United States Attorney

_____
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention